487448

# AFFIDAVIT OF SERVICE

**State of Texas**      Western      U.S. District Court

Case Number: 1:18-CV-00791-RP

**Plaintiff:**
Latoria Willis, Individually and on behalf of all others similary situated

LAW2018001544

vs.

**Defendant:**
Fidelis Recovery Management, LLC, First Financial Investment Fund IV, LLC and John Does 1-25

Received these papers on the 24th day of September, 2018 at 1:27 pm to be served on **Fidelis Recovery Managment, LLC By delivering to its Registered Agent, CT Corporation System, 1999 Bryan Street, Ste 900, Dallas, TX 75201.**

I, Amanda Deaver, being duly sworn, depose and say that on the **25th day of September, 2018 at 11:15 am, I:**

executed service upon an **AUTHORIZED** entity by delivering a true copy of the **Summons in a Civil Action with Class Action Complaint, Exhibit A and Civil Cover Sheet** with the date of service endorsed thereon by me, to: **Terri Thongsavat as Registered Agent** at the address of: **1999 Bryan Street, Ste 900, Dallas, TX 75201**, who accepted service for **Fidelis Recovery Managment, LLC**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 30, Sex: F, Race/Skin Color: White, Height: 5'5', Weight: 180, Hair: Blonde, Glasses: N

"I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the State of Texas. I have never been convicted of a felony or misdemenor involving moral turpitude in any state or federal jurisdiction. I declare that I have personal knowledge of these facts and the statements in this affidavit are true and correct."

Subscribed and sworn to before me on the 25th day of September, 2018 by the affiant who is personally known to me.

Notary Public

Amanda Deaver
PSC4062 Exp. 8/31/20

Our Job Serial Number: LAW-2018001544
Ref: 487448



WHITNIE RENEE FRENCH
My Notary ID # 130492037
Expires January 11, 2020

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2p