IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LATORIA WILLIS, *individually and on behalf of all others similarly situated*, | § § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | 1:18-CV-791-RP |
| FIDELIS RECOVERY MANAGEMENT, LLC; FIRST FINANCIAL INVESTMENT FUND IV, LLC; and JOHN DOES 1–25; | | |
| Defendants. | | |

## FINAL JUDGMENT

On April 25, 2019, Plaintiff dismissed all claims in this case with prejudice by stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Dkt. 9). Rule 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Defendants have not served an answer or a motion for summary judgment. Plaintiff's notice is therefore "self-effectuating and terminates the case in and of itself; no order or other action of the district court is required." *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015), *as revised* (May 15, 2015). As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on April 26, 2019.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE